UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:25-cv-09989-JLS-MAA                                    Date: November 19, 2025
Title: Wireless Vision, LLC v. Moorpark Center LLC et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Evelyn Chun | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                                Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION**

Plaintiff Wireless Vision, LLC filed this action on October 17, 2025, bringing one claim against Defendant Moorpark Center, LLC, seeking declaratory judgment regarding Plaintiff's request to change the signage of its retail outlet under the terms of its lease with Defendant.  (*See* Compl., Doc 1.)  Plaintiff's complaint alleges that Plaintiff is a Michigan Limited Liability Company with its principal place of business in Michigan, and that Defendant is a California Limited Liability Company with its principal place of business in California.  (*Id.* ¶¶ 2–3.)  Because the complaint fails to allege information about the parties' members or owners, which is necessary to determine the parties' citizenship, the Court issued an Order to Show Cause ("OSC") as to why diversity jurisdiction exists pursuant to 28 U.S.C. § 1332.  (Order to Show Cause, Doc. 8.)

Plaintiff filed its response to the OSC on November 7, 2025.  (Response, Doc. 9.)  Plaintiff states that Defendant is an LLC for whom David Blatt is the sole member, and that Blatt's address is in Los Angeles, California, so Defendant is a citizen of California.  (Response at 2, Cordelli Decl. ¶ 7, Doc. 9.)

Plaintiff further states that Plaintiff is an LLC whose sole member is Wireless Vision Holdings, LLC.  (Response at 2, Cordelli Decl. ¶ 3.)  Plaintiff avers that the

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:25-cv-09989-JLS-MAA                                      Date: November 19, 2025
Title: Wireless Vision, LLC v. Moorpark Center LLC et al

---

members of Wireless Holdings, LLC are Saber Ammori, Mark Denha, Omar Ammori, Kevin Denha, Bassim Bino, Roger Denha, Michael Lakich, and Gauge Wireless, LP. (Response at 2; Cordelli Decl. ¶ 4.)  Plaintiff provides information about the residency of the individuals; however, Plaintiff states only that Gauge Wireless, LP is a "Delaware Limited Partnership and citizen of Delaware."  (Response at 2; Cordelli Decl. ¶ 4.)

A limited partnership "is a citizen of all the states of which its partners are citizens."  *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).  Plaintiff does not provide information going to the citizenship of Gauge Wireless, LP's partners, so the Court cannot determine the citizenship of Gauge Wireless, LP. Thus, the Court cannot determine Plaintiff's citizenship for the purposes of diversity jurisdiction.  *Id.* ("[L]ike a partnership, an LLC is a citizen of every state of which its owners/members are citizens.").

Accordingly, Plaintiff is ORDERED to show cause, in writing, **within seven (7) days of the date of this Order**, why the Court should not dismiss this action for lack of subject matter jurisdiction.  Failure to timely or adequately respond will result in the immediate dismissal of the case.

Initials of preparer: evc

---